IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES SPEARS, JR.
ADC #122695                                                                                          PLAINTIFF

V.                              CASE NO. 5:15-CV-246-JLH-BD

RANDY WATSON, et al.                                                                         DEFENDANTS

## ORDER

Mr. Spears has asked the Court to schedule a settlement conference in this lawsuit. (Docket entry #53) At this time, discovery is still ongoing, so the request for a settlement conference is premature.

In addition, Mr. Spears has moved to strike the Defendants' response to his request for a copy of a his deposition transcript. (#67) Mr. Spears argues that Defendants failed to respond to his request for production within fourteen days and, as a result, waived the right to object to his request. Mr. Spears, however, did not file a motion to compel; rather, he filed a discovery request. Defendants, therefore, had thirty days to respond to his discovery request. FED. R. CIV. P. 34(b)(2)(A).

Accordingly, the motion for a settlement conference (#53) and the motion to strike (#67) are DENIED.

IT IS SO ORDERED, this 21st day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE