# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES SPEARS, JR.  
ADC #122695                                                                                          PLAINTIFF

v.                              NO. 5:15CV00246-JLH-BD

RANDY WATSON, et al.                                                                            DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

James Spears, Jr.'s motion for default judgment is GRANTED. Document #62. The Clerk of the Court is instructed to enter a default against defendant Paskel pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 15th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE