**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAMES SPEARS, JR., ADC #122695                                                                 PLAINTIFF

v.                                        NO. 5:15CV00246-JLH-BD

RANDY WATSON, et al.                                                                          DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion for partial summary judgment (docket entry #93) filed by Defendants Randy Watson, Moses Jackson, III, Lasaundra Malone, Mark Stephens, Cortez Jones, Craig Woolfolk, Eric Chapman, and Xavier Butler is DENIED.

IT IS SO ORDERED this 22nd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE