## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAMES SPEARS, JR.**                                                                 **PLAINTIFF**

**V.**                                    **NO. 5:15-CV-246 JLH-BD**

**RANDY WATSON, et al.**                                                          **DEFENDANTS**

## JUDGMENT

The parties have reached a full and final settlement of all claims in this lawsuit.

(Docket entry #149)  Pursuant to the settlement agreement, Mr. Spears's claims are

hereby DISMISSED with prejudice.

IT IS SO ORDERED this 8th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE